# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 4, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

   Re: Juan Carlos Emden, et al.
     v. The Museum of Fine Arts, Houston
     No. 24-341
     (Your No. 23-20224)

Dear Clerk:

   The Court today entered the following order in the above-entitled case:

   The petition for a writ of certiorari is denied.

       Sincerely,

       Scott S. Harris, Clerk

